RECEIVED
IN LAKE CHARLES, LA.

AUG 09 2012

TONY R. MOORE, CLERK
BY_____
         DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| PATRICIA ANN GALENTINE | : | DOCKET NO. 2:08 CV 1543 |
| VS. | : | JUDGE MINALDI |
| U.S. COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the plaintiff's petition for EAJA fees is GRANTED.

IT IS FURTHER ORDERED that fees are fixed at $5,437.50.

THUS DONE AND SIGNED, in Chambers, at Lake Charles, Louisiana, this ___6___ day of ___August___ 2012.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE